[No. 14133. *En Banc.* November 26, 1918.]

VERA HUBBARD, *Appellant,* v. TACOMA EASTERN RAILROAD COMPANY, *Respondent.*[1]

Appeal from a judgment of the superior court for Pierce county, Chapman, J., entered October 2, 1916, dismissing an action for wrongful death, upon granting a nonsuit. Reversed.

*G. E. Nolte* and *Gordon & Easterday,* for appellant.
*Geo. Korte* and *Herbert S. Griggs,* for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adheres to the opinion heretofore filed herein as reported in 101 Wash. 158, 172 Pac. 222, and for the reasons there stated, the judgment is reversed.